# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: March 14, 2006

To: United States Court of Appeals     Attn:  ( )      Civil
    For the Ninth Circuit
    Office of the Clerk                         (✓)      Criminal
    95 Seventh Street
    San Francisco, California 94103             ( )      Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:          CR 03-00404SOM           Appeal No:    05-10184

Short Title:    U.S.A. vs. Mitchum Lynn Pastor

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes  (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | 2 | volumes  (✓) original  ( ) certified copy |
| Exhibits | | volumes  ( ) under seal |
| | | boxes  ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: 10

Acknowledgment: _____     Date: _____

cc: all parties of record