# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

Date: 7/9/07

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 10 ▓▓
DISTRICT OF HAWAII

TO:        United States District Court - _HAWAII_

FROM:   Judge Raymond C. Fisher
            United States Circuit Judge

RE:        Return of District Court Record

Case Name: _USA v. PASTOR_

Court of Appeals No: _05-10184_    District Court No: _CR 03-00404 SOM_

_1_            Volume(s) of Clerk's Record

_2_            Volume(s) of Reporter's Transcripts

_10 SEALED DOCS_ Exhibits (nos. 27/31/33/35/36/40/42/165/166/167)

Other: _CERT CC OF CRIM. DOCKET_

cc:    Ninth Circuit Records Unit
        Chambers Case File

 

**United States Court of Appeals for the Ninth Circuit**
**Records Department**
**95 Seventh Street**
**San Francisco, California 94103**

# MEMORANDUM

Date: March 2, 2006

TO: Clerk's Office
USDC Hawaii (Honolulu)

FROM: Steve Seferian, Supervisor

SUBJECT: Request for Record on Appeal

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR - 2 2006
DISTRICT OF HAWAII

Pursuant to the request of a Judge/Staff Attorney of this court, please transmit the Record on Appeal in the following case.

**Please enclose a copy of this letter with the requested record. Please include all clerks files, reporters transcripts, sealed documents and state lodged documents. Please advise the Records Unit by email at CA09 Records/CA09/09/USCOURTS if this record is only available electronically.**

| Case Number | Title | District Court Number |
|---|---|---|
| 05-10184 | USA v. Pastor | CR-03-00404-SOM |

**Please send record directly to:**

Judge RAYMOND C. FISHER
U.S. COURT OF APPEALS BUILDING
125 SOUTH GRAND AVE, SUITE 402
PASADENA CA 91105-1510

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: March 14, 2006

To:   JUDGE RAYMOND C. FISHER
United States Court of Appeals Building
125 South Grand Ave., Ste. 402
Pasadena   CA   91105-1510

From: United States District Court
300 Ala Moana Blvd. Room C-338
Honolulu, Hawaii 96813

| | | |
|---|---|---|
| DC No: | CR 03-00404SOM | Appeal No:   05-10184 |
| Short Title: | U.S.A. vs. Mitchum Lynn Pastor | |

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes  (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | 2 | volumes  (✓) original  ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: 10

Acknowledgment: _____   Date: _____